UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JACQUES GUATIER

v.                                                                CA 08-353 ML

ASHBEL T. WALL, et al.

ORDER

This matter is before the Court on objections filed by the parties to a Report and Recommendation issued by Magistrate Judge Almond on December 3, 2008.

This Court adopts the Report and Recommendation in its entirety. Respondent's Motion to Dismiss is DENIED. The Respondent shall file its supplemental memorandum on or before January 15, 2009.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
December  18 , 2008